# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HEALTH FLEET AMBULANCE, INC.,**<br>Plaintiff, | **CIVIL ACTION** |
| v. | |
| **MARKEL INSURANCE COMPANY,**<br>Defendants. | **NO. 20-2250** |

## O R D E R

**AND NOW**, this 22nd day of July, 2020, upon consideration of Defendant's Motion to Dismiss (ECF 9), Plaintiff's Response thereto (ECF 12) and Defendant's Reply (ECF 13), **IT IS ORDERED** that Defendant's Motion is **GRANTED**.

                                                             **BY THE COURT:**

                                                             /s/Wendy Beetlestone, J.

                                                             **WENDY BEETLESTONE, J.**